UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIVYA GAUTAM, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POSH PEANUT, INC.,<br><br>Defendant. | No. 2:26-cv-02447-TL<br><br>STIPULATED MOTION TO EXTEND DEADLINE FOR POSH PEANUT, INC. TO RESPOND TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:** JULY 20, 2026 |

**STIPULATED MOTION**

Plaintiff Divya Gautam ("Gautam") and Defendant Posh Peanut, Inc. ("Posh Peanut"), stipulate that Posh Peanut shall have an extension of 30 days to answer or otherwise respond to the Complaint. Posh Peanut removed this case to this Court on July 13, 2026. Posh Peanut's answer to the Complaint is due on July 20, 2026, pursuant to CR 81(c)(2)(C). Gautam and Posh Peanut agree that Posh Peanut may have until August 19, 2026, to answer or otherwise respond to the Complaint. No other deadlines are affected by this stipulation.

\\

\\

\\

\\



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**ORDER [~~PROPOSED~~]**

Pursuant to the stipulation of Plaintiff Divya Gautam and Defendant Posh Peanut, Inc., Posh Peanut shall answer or otherwise respond to the Complaint on or before August 19, 2026.

THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Stipulated July 13, 2026 and presented by:

K&L GATES LLP

By: s/ Peter A. Talevich
Peter A. Talevich, WSBA #42644
Emaan R. Jaberi, WSBA #56990
Clara Virden, WSBA #60308
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 370-6795
Email: peter.talevich@klgates.com
emaan.jaberi@klgates.com
clara.virden@klgates.com

*Attorneys for Defendant Posh Peanut, Inc.*

STRAUSS BORRELLI PLLC

By: s/ Samuel J. Strauss
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *Pro Hac Pending*
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Email: sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff Divya Gautam*

**CERTIFICATE OF SERVICE**

I, hereby certify that on July 13, 2026, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties of record in this matter.

DATED July 13, 2026 at Seattle, Washington.

By: s/ Peter A. Talevich
Peter A. Talevich, WSBA #42644
K&L Gates LLP
925 Fourth Avenue Suite 2900
Seattle, WA 98104
Telephone: 206.623.7580
Email: peter.talevich@klgates.com