THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIVYA GAUTAM, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POSH PEANUT INC.,<br><br>Defendant. | No. 2:26-cv-02447-TL<br><br>STIPULATED NOTICE TO EXTEND DEADLINE FOR INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 10/16/2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 10/30/2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 11/13/2026 |

The Parties request that the Clerk reset the deadlines as noticed.



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Stipulated August 12, 2026, and presented by:

K&L GATES LLP

By: s/ Peter A. Talevich
Peter A. Talevich, WSBA #42644
Emaan R. Jaberi, WSBA #56990
Clara Virden, WSBA #60308
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 370-6795
Email: peter.talevich@klgates.com
emaan.jaberi@klgates.com
clara.virden@klgates.com

*Attorneys for Defendant Posh Peanut Inc.*

STRAUSS BORRELLI PLLC

By: s/ Samuel J. Strauss
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *Pro Hac Vice*
Brittany Resch, *Pro Hac Vice*
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Email: sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff Divya Gautam*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties of record in this matter.

s/ Peter A. Talevich
Peter A. Talevich, WSBA #42644
K&L Gates LLP
925 Fourth Avenue Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Email: peter.talevich@klgates.com