UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **DIVYA GAUTAM**, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**POSH PEANUT INC.**,<br><br>Defendant. | No. 2:26-cv-02447-TL<br><br>Honorable Judge Tana Lin<br><br>[~~PROPOSED~~] ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME FOR PARTIES TO RESPOND AND REPLY TO DEFENDANT'S MOTION TO COMPEL ARBITRATION<br><br><u>Noting Date</u><br>Monday, October 26, 2026 |

**<u>ORDER</u>**

PURSUANT TO the stipulated motion for an extension for Plaintiff Divya Gautam's deadline to respond to Defendant Posh Peanut Inc.'s Motion to Compel Arbitration and Stay Litigation (Motion), ECF 13, and Defendant Posh Peanut Inc. to reply, as filed on September 29, 2026, Plaintiff Divya Gautam's deadline to respond is extended to



**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

November 25, 2026, and Defendant's deadline to reply is extended to December 16, 2026. As set forth in the parties' motion, the extension of time does not constitute a waiver of any rights, defenses, or arguments regarding the pleadings.

IT IS SO ORDERED.

DATED this 21st day of October, 2026.

THE HONORABLE TANA LIN
United States District Judge

Presented by:

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli (pro hac vice)
Brittany Resch (pro hac vice)
Sarah Soleiman (pro hac vice)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com
bresch@straussborrelli.com
ssoleiman@straussborrelli.com

*Counsel for Plaintiff and the Putative Class*

*/s/ Peter A. Talevich*
Peter A. Talevich, WSBA #42644
Emaan R. Jaberi, WSBA #56990
Clara Virden, WSBA #60308
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 370-6795

Email: peter.talevich@klgates.com
emaan.jaberi@klgates.com
clara.virden@klgates.com

*Attorneys for Defendant Posh Peanut Inc.*



**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on October 21, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 21st day of October, 2026.

Respectfully submitted,

*/s/ Samuel J. Strauss*

Samuel J. Strauss WSBA No. 46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com